1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

In re ROBERT T. FORTE,                                    No.  1:13-CV-2350 NJV

                    Plaintiff.

                                                         CERTIFICATE OF SERVICE

_____/

          I, the undersigned, hereby certify that on July 9, 2013, I SERVED a true and correct copy of

Docket no. 9, by placing said copy in a postage paid envelope addressed to the person listed below, by

depositing said envelope in the U.S. Mail.

Robert T Forte
G-20934
CMC- West
FAC-G 22-1 LOW
P.O. Box 8101
San Luis Obispo, CA 93409

                                        /s/  Linn Van Meter
                              _____
                                        Linn Van Meter
                              Administrative Law Clerk to
                              the Honorable Nandor J. Vadas