UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERT T. FORTE,

    Plaintiff,

v.

CHRISTINE BARBER, et. al.,

    Defendants.

No. C 13-2350 NJV

**ORDER OF TRANSFER**

This is a civil rights case brought by a state prisoner proceeding *pro se*. Plaintiff originally filed a letter and was informed by the court that he must file a formal complaint. Plaintiff has filed a complaint and it is now clear that none of the acts complained of occurred in the Northern District of California. Plaintiff alleges improper medical care at several institutions in different districts, but the majority of events occurred and the named defendants work at California Men's Colony. That institution lies within the venue of the United States District Court for the Central District of California. Venue, therefore, properly lies in that district and not in the Northern District. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed *in forma pauperis* or his motion to appoint counsel.

**IT IS SO ORDERED.**

Dated: August  13 , 2013.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Forte2350.trn.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERT T. FORTE,             1:13-CV-2350 NJV

    Plaintiff,

**CERTIFICATE OF SERVICE**

v.

CHRISTINE BARBER, et al.,

    Defendants.
_____/

I, the undersigned, hereby certify that on August 13, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Robert T Forte
G-20934
CMC- West
FAC-G 22-1 LOW
P.O. Box 8101
San Luis Obispo, CA 93409

Dated: August 13, 2013

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

2